1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Christopher T. Heffelfinger (118058)
   Email: cheffelfinger@bermanesq.com
3  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
4  James Magid (233043)
   Email: jmagid@bermanesq.com
5  **BERMAN, DeVALERIO, PEASE, TABACCO**
   **BURT & PUCILLO**
6  425 California Street, 21st Floor
   San Francisco, California 94104
7  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
8
   **Proposed Liaison Counsel for Proposed Lead Plaintiffs**
9
   **[Additional Counsel Appear on Signature Page]**
10

11          **UNITED STATES DISTRICT COURT**          *E-FILED - 2/7/07*
            **NORTHERN DISTRICT OF CALIFORNIA**
12
   _____
13                                            )
   HARRIET GOLDSTEIN, Individually and on)   Case No.  C-06-06286 RMW
14 Behalf of All Others Similarly Situated,   )
                                              )   CLASS ACTION
15                   Plaintiff,               )                    *AMENDED*
                                              )   **STIPULATION AND [] ORDER**
16 vs.                                        )   **CONSOLIDATING RELATED ACTIONS,**
                                              )   **APPOINTING LEAD PLAINTIFFS AND**
17 SEHAT SUTARDJA, WEILI DAI, PANTAS         )   **APPROVING SELECTION OF LEAD**
   SUTARDJA, GEORGE A. HERVEY, and           )   **COUNSEL**
18 MARVELL TECHNOLOGY GROUP, LTD.,           )
                                              )   DATE:  January 26, 2007
19                   Defendants.              )   TIME:  9:00 a.m.
                                              )   CTRM: 6
20 _____)
                                              )
21 CARTER  BRANTNER,  Individually  and  on)   Case No. C-06-06441 SI
   Behalf of All Others Similarly Situated,   )
22                                            )
                     Plaintiff,               )
23                                            )
   vs.                                        )
24                                            )
   MARVELL TECHNOLOGY GROUP, LTD.,           )
25 SEHAT SUTARDJA and GEORGE A.              )
   HERVEY,                                    )
26                                            )
                     Defendants.              )
27                                            )
   [Captions Continued on Next Page]          )
                                              )
28 _____)

[C-06-06286 RMW] STIPULATION AND [] ORDER CONSOLIDATING
RELATED ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION
OF LEAD COUNSEL                                                          1

| | |
|---|---|
| 1 | _____ ) |
| | TIMOTHY MAHRT, Individually and on ) Case No. C-06-06731 SBA |
| | Behalf of All Others Similarly Situated, ) |
| 2 | ) |
| 3 | Plaintiff, ) |
| | ) |
| 4 | vs. ) |
| | ) |
| 5 | SEHAT SUTARDJA, WEILI DAI, PANTAS ) |
| | SUTARDAJA, GEORGE A. HERVEY and ) |
| 6 | MARVELL TECHNOLOGY GROUP, LTD., ) |
| | ) |
| 7 | Defendants. ) |
| | _____ ) |
| 8 | SHAWN M. PERRY, Individually and on ) Case No. C-06-07039 JSW |
| | Behalf of All Others Similarly Situated, ) |
| 9 | ) |
| 10 | Plaintiff, ) |
| | ) |
| 11 | vs. ) |
| | ) |
| 12 | MARVELL TECHNOLOGY GROUP, LTD., ) |
| | SEHAT SUTARDJA, WEILI DAI, PANTAS ) |
| 13 | SUTARDJA and GEORGE A. HERVEY, ) |
| | ) |
| 14 | Defendants. ) |
| | _____ ) |

WHEREAS, seven separate Lead Plaintiff motions were filed in connection with these actions. Five have been withdrawn, which leaves only two Lead Plaintiff motions, which were filed by: (1) the Police and Fire Retirement System of the City of Detroit ("PFRS"); and (2) Monte Paschi Assert Management S.G.R. S.p.A., Puerto Rico Government Employees Retirement System, Laborers District Council Construction Industry Pension Fund, Bucks County Retirement Board, and Southeastern Pennsylvania Transportation Authority (collectively referred to in the papers as the "Marvell Institutional Investor Group").

WHEREAS, PFRS and the Marvell Institutional Investor Group have now jointly moved the Court for an Order consolidating actions, appointing both PFRS and two members of the Marvell Institutional Investor Group, Monte Paschi Asset Management S.G.R. S.p.A. ("Monte Paschi") and Puerto Rico Government Employees Retirement System ("PRGERS"), as Lead Plaintiffs and approving Kohn, Swift & Graf, P.C. and Schiffrin, Barroway, Topaz & Kessler LLP

as Co-Lead Counsel, and Berman DeValerio Pease Tabacco Burt & Pucillo as Liaison Counsel.

Therefore, IT IS HEREBY STIPULATED AND AGREED by the remaining Lead Plaintiff movants, through their respective counsel of record, as follows:

**I.     CONSOLIDATION**

1.     Pursuant to Federal Rule of Civil Procedure 42 and § 78u-4(a)(3)(B)(ii) of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the following actions are hereby consolidated for all purposes into one action:

| Name & Case No. | Date Complaint Filed | Judge Assigned |
|---|---|---|
| Goldstein v. Sehat Sutardja, et al., 3:06-cv-06286-RMW | October 5, 2006 | Honorable Ronald M. Whyte |
| Brantner v. Marvell Technology Group, Ltd., et al., 3:06-cv-06441-SI | October 16, 2006 | Honorable Susan Illston |
| Mahrt v. Sehat Sutardja, et al., 4:06-cv-06731-SBI | October 30, 2006 | Honorable Saundra B. Armstrong |
| Perry v. Marvell Technology Group Ltd., et al., 3:06-cv-07039-JSW | November 13, 2006 | Honorable Jeffrey S. White |

2.     These actions shall be referred to as the "Consolidated Action." This Stipulation and Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as in the Consolidated Action.

1    3.    Every pleading in this Consolidated Action shall bear the following caption:

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Marvell Technology Group, Ltd. Securities Litigation | Master File No. 06-06286 RMW |
| _____ | |
| THIS DOCUMENT RELATES TO: | CLASS ACTION [TITLE OF DOCUMENT] |

12   4.    When the document being filed pertains to all actions, the phrase "All Actions"

13   shall appear immediately after the phrase "This Document Relates To:."  When a document applies

14   to some, but not all, of the actions, the document shall list, immediately after the phrase "This

15   Document Relates To:", the docket number for each individual action to which the document

16   applies, along with the name of the first-listed plaintiff in said action.

17   5.    This Court requests the assistance of counsel in calling to the attention of the Clerk

18   of this Court the filing or transfer of any case which might properly be consolidated as part of this

19   Consolidated Action.

20   **II.    MASTER DOCKET AND MASTER FILE**

21   6.    A Master Docket and Master File shall be established for the Consolidated Action.

22   The Master File shall be No. C-06-06286 RMW.   All orders, pleadings, motions and other

23   documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each

24   individual case to the extent applicable.  When an order, pleading, motion or document is filed

25   with a caption indicating that it is applicable to fewer than all of these consolidated action, the

26   Clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in

27   the docket of each action referenced.

28

## III.   NEWLY-FILED OR TRANSFERRED ACTIONS

7.     When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred to this Court from another court, the Clerk of this Court shall:

     a.     file a copy of this Order in the separate file for such action;

     b.     mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

     c.     make the appropriate entry in the docket for this action.

8.     Each new case which arises out of the subject matter of this Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

## IV.   APPOINTMENT OF LEAD PLAINTIFFS AND LEAD AND LIAISON COUNSEL

9.     Proposed lead plaintiffs PFRS, Monte Paschi and PRGERS have the largest financial interest in the relief sought by the class and, together, satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure.   Accordingly, pursuant to § 21D(a)(3)(B)(iii) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(iii), PFRS, Monte Paschi and PRGERS shall be appointed as Lead Plaintiffs.

10.     Lead Plaintiffs have selected Kohn, Swift & Graf P.C. and Schiffrin, Barroway, Topaz & Kessler, LLP as proposed Co-Lead Counsel and Berman DeValerio Pease Tabacco Burt & Pucillo as proposed Liaison Counsel.   These law firms have the requisite experience and expertise to lead this litigation on behalf of the putative class.   Accordingly, pursuant to § 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), Kohn, Swift & Graf P.C. and Schiffrin, Barroway, Topaz & Kessler, LLP are approved as Co-Lead Counsel and Berman DeValerio Pease Tabacco Burt & Pucillo is approved as Liaison Counsel.   Counsel are to avoid duplication of services.   *(rmw)*

11.     Co-Lead Counsel shall have the following responsibilities and duties, which are to

be carried out either personally or through counsel whom Co-Lead Counsel shall designate:

        a.     to coordinate the briefing and argument of any and all motions;

        b.     to coordinate the conduct of any and all discovery proceedings;

        c.     to coordinate the examination of any and all witnesses in depositions;

        d.     to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

        e.     to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

        f.     to coordinate all settlement negotiations with counsel for defendants;

        g.     to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

        h.     to coordinate the preparation and filings of all pleadings; and

        i.     to supervise all other matters concerning the prosecution or resolution of the Consolidated Action.

    12.     Additionally, Co-Lead Counsel, assisted by Liaison Counsel, shall facilitate communications with the Court on behalf of plaintiffs' counsel and assist in coordination of plaintiffs' counsel's prosecution of the case.

    13.     No motion, discovery request or other pretrial proceedings shall be initiated or filed by any plaintiffs without the approval of Co-Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Co-Lead Counsel.

    14.     Co-Lead Counsel, assisted by Liaison Counsel, shall have the responsibility of receiving and disseminating Court orders and notices.

    15.     Co-Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, as well as the spokespersons for all plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel.

*Item 16 removed by the Court.  (rmw)*

1

2   Dated:  January 25, 2007              **BERMAN DeVALERIO PEASE TABACCO**
                                         **BURT & PUCILLO**
3

4
                                         By:    /s/ Nicole Lavallee
5                                               NICOLE LAVALLEE

6                                        Joseph J. Tabacco, Jr.
                                         Christopher T. Heffelfinger
7                                        James Magid
                                         425 California Street, Suite 2100
8                                        San Francisco, CA 94104
                                         Telephone: (415) 433-3200
9
                                         **Proposed Liaison Counsel for Proposed Lead Plaintiffs**
10

11         I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this
     Stipulation and [Proposed] Order .  In compliance with General Order 45, X.B., I hereby attest that
12   Denis F. Sheils, Stuart L. Berman, and Bradley E. Beckworth have concurred in this filing.

13   Dated:  January 25, 2007              KOHN, SWIFT & GRAF, P.C.

14

15                                        By:    /s/ Denis F. Sheils
                                                 DENIS F. SHEILS
16
                                         Joseph C. Kohn
17                                       William E. Hoese
                                         One South Broad Street, Suite 2100
18                                       Philadelphia, PA 19107
                                         Telephone: (215) 238-1700
19
                                         **Proposed Co-Lead Counsel**
20

21

22

23

24

25

26

27

28

[C-06-06286 RMW] STIPULATION AND [] ORDER CONSOLIDATING
RELATED ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION
OF LEAD COUNSEL                                                              7

Dated: January 25, 2007

**SCHIFFRIN, BARROWAY, TOPAZ
& KESSLER, LLP**

By:   /s/ Stuart L. Berman
          STUART L. BERMAN

Sean M. Handler
Nicolette Tropiano
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

**Proposed Co-Lead Counsel**

Dated: January 25, 2007

**NIX PATTERSON & ROACH, LLP**

By:   /s/ Bradley E. Beckworth
          BRADLEY E. BECKWORTH

Jeffrey J. Angelovich
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333

**Additional Counsel for Proposed Lead Plaintiffs**

* * * *

**[] ORDER**

**IT IS SO ORDERED**.

Dated:   2/7        , 2007

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

[C-06-06286 RMW] STIPULATION AND [] ORDER CONSOLIDATING
RELATED ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING SELECTION
OF LEAD COUNSEL                                                                            8